SO ORDERED.

Dated: November 4, 2013

*Daniel P. Collins*

Daniel P. Collins, Bankruptcy Judge

1  THE LAW OFFICES OF
   **KELLY G. BLACK, PLC**
2
   1152 E Greenway St Ste 4
3  Mesa, AZ 85203-4360
   P 480-639-6719
4  F 480-639-6819
   kgb@kellygblacklaw.com
5  (former) Attorney for Debtors
   By:    Kelly G. Black, No. 016376
6

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | No. 2:09-bk-12971-DPC |
|---|---|
| KENT I. MCCLURE and DOROTHY K. MCCLURE, | Proceedings under Chapter 13 |
|   | **Order for Substitution of Counsel** |
| Debtor(s). | |

Pursuant to the Motion for Substitution of Counsel,

IT IS ORDERED substituting Kelly G. Black and the law firm of Kelly G. Black, PLC as counsel of record for Debtors in place of Jackson White, PC.

IT IS FURTHER ORDERED that Jackson White, PC be withdrawn as counel of record for Debtors.

IT IS FURTHER ORDERED directing that all further pleadings, notices and other communications regarding this case be directed to Kelly G. Black and the law firm of Kelly G. Black, PLC, the attorney for Debtors, whose address and telephone number follow:

   1152 E Greenway St, Ste 4
   Mesa, AZ 85203-4360

   P 480-639-6719
   F 480-639-6819

   kgb@kellygblacklaw.com

   SIGNED AND DATED ABOVE.